UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REBECCA COELHO,     \*

    Plaintiff,     \*   05 10703 RWZ

v.     \*   CIVIL ACTION NO.

WAL-MART STORES, INC. et al.,     \*

    Defendant.     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Marylou Fabbo, Esq., and herewith notices its appearance as counsel for Defendant, WAL-MART STORES, INC., in the above-referenced action.

Respectfully submitted,

*/s/ Marylou Fabbo*
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Wal-Mart Stores, Inc.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: April 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff's counsel, John F. Tocci, Tocci, Goss & Lee, P.C., 35 India Street, Boston, MA, 02110, by first-class, U.S. mail, postage pre-paid, on April 7, 2005.

*/s/ Marylou Fabbo*
Marylou Fabbo, Esq.