UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
REBECCA COELHO,                     *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *   CIVIL ACTION NO. 05-10703-RWZ
WAL-MART STORES, INC., RUDI         *
ECKERMAN, CHAD GAUCHER,             *
WARREN "BODIE" MOORE,               *
and KEVIN CORREIA,                  *
                                    *
            Defendants.             *
                                    *
*************************************
```

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendants, WAL-MART STORES, INC. and CHAD GAUCHER, in the above-referenced action.

                                                       Respectfully Submitted,

                                                       /s/ Amy B. Royal
                                                       Amy B. Royal, Esq.
                                                       BBO No. 647175
                                                       Counsel for Defendants, Wal-Mart Stores,
                                                       Inc. and Chad Gaucher
                                                       Skoler, Abbott & Presser, P.C.
                                                       One Monarch Place, Suite 2000
                                                       Springfield, Massachusetts  01144
Dated:  May 2, 2005                            Tel.:  (413) 737-4753/Fax:  (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff's counsel, John F. Tocci, Tocci, Goss & Lee, P.C., 35 India Street, Boston, MA 02110, by first-class, U.S. mail, postage pre-paid, on May 2, 2005.

                                                       /s/ Amy B. Royal
                                                       Amy B. Royal, Esq.