*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| REBECCA COELHO,<br><br>           Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC. et al,<br><br>           Defendants. | CIVIL ACTION NO. 05-10703-RWZ<br><br>**DEFENDANTS' RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendants, Wal-Mart Stores, Inc. and Chad Gaucher (hereinafter "Defendants"), and their counsel, Marylou Fabbo, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

*/s/ Marylou Fabbo*
Marylou Fabbo, Esq.
BBO #566613
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: May 3, 2005

Wal-Mart Stores, Inc.
& Chad Gaucher

*/s/ Sheila A. Cole*
Sheila A. Cole
Assistant General Counsel
Employment Litigation
Wal-Mart Stores, Inc.


Dated: May 3, 2005