UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| REBECCA COELHO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-10703-RWZ |
| WAL-MART STORES, INC., CHAD GAUCHER, RUDI ECKERMAN, WARREN "BODIE" MOORE, and KEVIN CORREIA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOHN STATEMENT AND SCHEDULING ORDER**
**PURSUANT TO LOCAL RULE 16.1**

Plaintiff Rebecca Coelho and Defendants Wal-Mart Stores, Inc. and Chad Gaucher, (collectively the "Defendants")[1] having by their counsel conferred pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 hereby submit the following Joint Statement in connection with the Rule 16 Scheduling Conference on May 18, 2005 (the "Scheduling Conference").

1. **Matters To Be Discussed At Conference:** The parties will appear at the Scheduling Conference prepared to discuss the following issues: a proposed pre-trial schedule for the case that includes a plan for phased discovery; anticipated motions; discovery limits; alternative dispute resolution and settlement.

2. **Pending Motions:** There is, or will be at the time of the Rule 16 conference, a Motion for the Immediate Production of Last Known Addresses and Telephone Numbers of

---

[1] The Defendants have named as defendants, but not yet served process upon, Rudi Eckerman, Warren "Bodie" Moore and Kevin Correia.

Defendants and for Extension of Time to Serve Process currently pending before the Court. The parties have filed herewith a Proposed Pre-Trial Schedule for filing dispositive motions.

    3.    **Proposed Pretrial Schedule:**  The parties have agreed on all dates within the below-listed pretrial schedule and as proposed in the Proposed Pre-Trial Schedule filed herewith:

    (a)    Initial Disclosures:  Initial disclosures under Fed.R.Civ.P. 26(a) shall be completed on or before June 30, 2005;

    (b)    Fact Discovery Cut-Off:  All fact discovery (including interrogatories, requests for admissions, document requests and depositions) shall be completed on or before October 15, 2005.

    (c)    Expert Discovery:  The parties agree to designate primary expert witnesses and to produce expert discovery required by Fed. R. Civ. P. 26 by October 31, 2005.  The parties agree to designate counter/rebuttal experts and to produce expert discovery required by Fed. R. Civ. P. 26 relating to such counter experts by December 15, 2005.  All expert discovery shall be completed on or before January 31, 2006.

    (d)    Motions:

    (1)    Amendments to pleadings shall be filed in accordance with Fed.R.Civ.P. 15.

    (2)    Dispositive Motions shall be filed no later than March 31, 2006 and responded to within the time frame provided by the Federal Rules of Civil Procedure.

    (e)    Pre-Trial Conference.  The parties suggest a final pre-trial conference date of May 31, 2006 or on an alternative date convenient for the Court.

4.   **Discovery Event Limitations:**  The parties agree to abide by the discovery event limitations contained in Local Rule 26.1(C).

5.   **Trial by Magistrate Judge:**  The parties do not consent to trial by Magistrate Judge.

6.   **Settlement:**  Plaintiff has tendered her written settlement proposal to Defendants ten days prior to the Scheduling Conference.

7.   **Rule 16.1(D)(3) Certifications:**  The parties shall separately file their certifications regarding consultation on litigation budgets and alternative dispute resolution as required by Local Rule 16.1(D)(3).

8.   **Modification of the Schedule:**  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| WAL-MART STORES, INC., and CHAD GAUCHER | REBECCA COELHO, |
| By their Attorneys: | By her Attorneys: |
| /s/ Marylou Fabbo | /s/ John F. Tocci |
| Marylou Fabbo., Esq., BBO# 566613 | John F. Tocci, Esq., BBO# 562139 |
| Amy B. Royal, Esq., BBO# 647175 | Tocci, Goss & Lee, PC |
| Skoler, Abbot & Presser, P.C. | 35 India Street, 5th Floor |
| One Monarch Place, Suite 2000 | Boston, MA  02110 |
| Springfield, MA  01144 | (617) 542-6200 |
| (413) 737-4753 | |

Dated:  May 11, 2005