UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REBECCA COELHO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>CHAD GAUCHER,<br>RUDI ECKERMAN,<br>WARREN "BODIE" MOORE, and<br>KEVIN CORREIA,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-10703-RWZ |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

　　　The undersigned plaintiff, Rebecca Coelho, and her counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in United States District Court for the District of Massachusetts Local Rule 16.4.


　　　/S/ Rebecac Coelho　　　　　　　　　　　　/S/ John F. Tocci
Rebecca Coelho　　　　　　　　　　　　John F. Tocci, Esq., BBO# 562139
　　　　　　　　　　　　　　　　　　　　Tocci, Goss & Lee, PC
　　　　　　　　　　　　　　　　　　　　35 India Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　(617) 542-6200

Dated: May 11, 2005