UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REBECCA COELHO,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>CHAD GAUCHER,<br>RUDI ECKERMAN,<br>WARREN "BODIE" MOORE, and<br>KEVIN CORREIA,<br><br>Defendants. | CIVIL ACTION NO. 05-10703-RWZ |

## NOTICE OF APPEARANCE OF AMANDA SHIPLEY

To the Clerk of the above-named Court:

Please enter the appearance of Attorney Amanda B. Shipley of the firm Tocci, Goss & Lee, PC, as additional counsel on behalf of Rebecca Coelho, the plaintiff in the above-captioned matter. Please add Attorney Shipley to the electronic service list at electronic mail address ashipley@lawtgl.com.

Respectfully submitted,

REBECCA COELHO,

By her attorneys,

   /S/ Amanda B. Shipley
John F. Tocci, Esq., BBO# 562139
Amanda B. Shipley, Esq., BBO# 655844
Tocci, Goss & Lee, P.C.
35 India Street, 5th Floor
Boston, Massachusetts 02110
(617) 542-6200

Dated: May 31, 2005