AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

REBECCA COELHO

V.

WAL-MART STORES, INC.,
CHAD GAUCHER, RUDI ECKERMAN,
WARREN "BODIE" MOORE, & KEVIN CORREIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10703-RWZ

*[Signature: Warr Bodine]*

**SERVED**
ON 6-7-2005
DAY TUESDAY
TIME 12:15
BY [signature] #3777
COURT SERVICE, INC.
OFFICE 229-226-6211
FAX 229-226-6212

TO: (Name and address of Defendant)

WARREN "BODIE" MOORE
119 COVINGTON PLACE
THOMASVILLE, GA 31792

*[Stamp: SERVED]*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN F. TOCCI, ESQ.
TOCCI, GOSS & LEE, P.C.
35 INDIA STREET
5TH FLOOR
BOSTON, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          5-31-05
CLERK                                                       DATE

(By) DEPUTY CLERK

COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-7-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| E C Genter | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 15928 US Hwy 19 S, Thomasville, GA. 31758

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PLEASE SEE ATTACHED AFFIDAVIT OF SERVICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-2005
           Date

Signature of Server: E. C. Metts

Address of Server:
COURT SERVICE, INC.
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
"Certified Process Serving"

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 05-10703-RWZ

Plaintiff:
**REBECCA COELHO,**

vs.

Defendant(s):
**WAL-MART STORES, INC., CHAD GAUCHER, RUDI ECKERMAN, WARREN "BODIE" MOORE & KEVIN CORREIA**

For:
John Tocci, Esquire
Tocci, Goss & Lee, P.C.
35 India Street
Fifth Floor
Boston, MA  02110

Received by COURT SERVICE, INC. on the 6th day of June, 2005 at 12:37 pm to be served on **WARREN "BODIE" MOORE, 15328 U. S. Highway 19 South, Thomasville, Georgia.**

I, E. C. Genter, Certified & Appointed, being duly sworn, depose and say that on the **7th day of June, 2005 at 12:15 pm, I:**

**Individually Served** the within named person with a true copy of this **SUMMONS IN A CIVIL ACTION** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** I asked the person spoken to whether recipient was in active military service of the United States. Upon information and belief I aver that the recipient is not in military service of the United States as that term is defined in either the State or Federal statutes.

**Additional Information pertaining to this Service:**
The address forwarded with this assignment was incorrect and outdated by some two plus months. A call to client for permission to skip trace revealed the employer address. Mr. Moore's new address is under his wife's name of Susan Moore, 131 Doe Run Circle, Thomasville, Georgia, 31757 with the phone being 229-227-1895. For the confusion of this address this Server had Mr. Moore Sign and Receipt for this Summons upon service of same upon him. His signature is beside the Served Stamp on the face of the Summons.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: Caucasion,  Height: 6'1",  Weight: 200,  Hair: Brown,  Glasses: N

## AFFIDAVIT OF SERVICE for 05-10703-RWZ

I certify that I am over the age of 18, have no interest in nor am a party to the above action, and am a Professional Process Server. I certify and know that the one so served to be the same as therein mentioned and was served according to State Law.

*E. C. Genter*, Certified & Appointed
Process Server

Subscribed and Sworn to before me on the 7th day of June, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

COURT SERVICE, INC.
Www.Courtservice.Com
Department 5993
Thomasville, GA 31758-5993
(229) 226-6211
Our Job Serial Number: 2005000075
Ref: 2005-075

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i