AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  **MASSACHUSETTS**

REBECCA COELHO

V.

WAL-MART STORES, INC.,
CHAD GAUCHER, RUDI ECKERMAN,
WARREN "BODIE" MOORE, & KEVIN CORREIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05-10703-RWZ

TO: (Name and address of Defendant)

RUDI ECKERMAN
11164 SKYLINE DRIVE
BROWNSBORO, TX 75756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN F. TOCCI, ESQ.
TOCCI, GOSS & LEE, P.C.
35 INDIA STREET
5TH FLOOR
BOSTON, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                             5-31-05
CLERK                                                         DATE

(By) DEPUTY CLERK

ⓈAO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 24 June 2005 | |
| NAME OF SERVER (PRINT) Brian Rivers | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ABC Day Care SH 31 W, Tyler, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　24 June 2005　　　　Brian Rivers
　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　616 ValleVista Athens, TX 75751
　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.