# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REBECCA COELHO,<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>CHAD GAUCHER,<br>RUDI ECKERMAN,<br>WARREN "BODIE" MOORE, and<br>KEVIN CORREIA,<br><br>       Defendants. | CIVIL ACTION NO. 05-10703-RWZ |

## JOINT MOTION TO AMEND PRETRIAL SCHEDULE

The parties in the above-referenced matter, the Plaintiff Rebecca Coelho ("Ms. Coelho"), and the Defendants, Wal-Mart Stores, Inc. ("Wal-Mart"), Chad Gaucher, Rudi Eckerman and Warren "Bodie" Moore (collectively the "Parties"), hereby jointly move the Court to amend the Pretrial Schedule in the above-captioned matter so as to extend all remaining deadlines as follows:

    Fact Discovery Cut-Off:     December 31, 2005;

    Expert Discovery:     Designate primary expert witnesses and to produce expert discovery required by Fed. R. Civ. P. 26 by January 15, 2006. The parties agree to designate counter/rebuttal experts and to produce expert discovery required by Fed. R. Civ. P. 26 relating to such counter-experts by February 28, 2006. All expert discovery shall be completed on or before April 15, 2006.

    Dispositive Motions:     June 15, 2006; and,

    Pretrial Conference:     August 15, 2006 or a convenient time thereafter chosen by the Court.

As reasons therefor, the Parties state that they have engaged in good faith efforts to resolve various discovery issues in this litigation, including the management of confidential materials and the scheduling of depositions.  The Parties, however, have not completed discovery and will be unable to do so by the current discovery deadline, October 15, 2005.  The Parties have been actively engaged in discovery and have served and answered Interrogatories and Requests for Production of Documents and deposed five witnesses.  Several additional depositions remain to be taken, however, including those of out-of-state witnesses.

Additionally, Plaintiff's attorney has a matter currently on the "running trial list" for a trial in the United States District Court for the District of Massachusetts inhibiting the Parties' ability to schedule depositions over the next several weeks.

The Parties intend to diligently complete all discovery within the additional period allowed by the Court.  The Parties have not previously requested an extension in this matter.  Therefore, in the interests of fostering justice and judicial economy, the Parties request that this Court allow their joint motion.

**WHEREFORE,** the Parties respectfully request that this Honorable Court extend the fact-discovery deadline until December 31, 2005 and extend all other deadlines as set forth above.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| WAL-MART STORES, INC., CHAD GAUCHER, RUDI ECKERMAN and WARREN "BODIE" MOORE | REBECCA COELHO, |
| By their Attorneys: | By her Attorneys: |
| /s/ Marylou Fabbo | /s/ Amanda B. Shipley |
| Marylou Fabbo., Esq., BBO# 566613 | John F. Tocci, Esq., BBO# 562139 |
| Amy B. Royal, Esq., BBO# 647175 | Amanda B. Shipley, Esq., BBO#655844 |
| Skoler, Abbot & Presser, P.C. | Tocci, Goss & Lee, PC |
| One Monarch Place, Suite 2000 | 35 India Street, 5th Floor |
| Springfield, MA  01144 | Boston, MA  02110 |
| (413) 737-4753 | (617) 542-6200 |

Dated:  October 5, 2005