UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REBECCA COELHO,<br><br>          Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., RUDI ECKERMAN, CHAD GAUCHER, WARREN "BODIE" MOORE, and KEVIN CORREIA,<br><br>          Defendants. | CIVIL ACTION NO. 05-10703-RWZ |

### DEFENDANT'S MOTION TO REOPEN DISCOVERY FOR THE LIMITED PUROSE OF COMPELLING RULE 35(A) MENTAL AND PHYSICAL EXAMINATION OF PLAINTIFF

Pursuant to Fed. R. Civ. P. 35(a), the Defendant in the above captioned matter, Wal-Mart Stores, Inc., submits this Motion to Compel the Plaintiff, Rebecca Coelho, to undergo an Independent Psychiatric Examination. The Plaintiff seeks substantial damages based on her emotional distress and has put her mental state "in controversy." In addition, good cause exists for such an order. Accordingly, the Defendant asks this court to grant its Motion and issue an order compelling the Plaintiff to undergo an Independent Psychiatric Examination as detailed in the Affidavit of Counsel. To the extent that Defendants would be required to move to reopen discovery for the limited purpose of a Rule 35(a) exam, the Defendants ask that the Court treat this motion as one to reopen discovery and for a Rule 35(a) exam. As set forth in the Affidavit of Counsel, (Ex. 1), Defendants only recently learned that Plaintiff

continues to maintain that her emotional distress damages are unusually severe warranting a Rule 35(a) exam.

In further support of this Motion, the Defendant relies on the accompanying Memorandum of Law.

Respectfully submitted:

/s/ Marylou Fabbo_____
Marylou Fabbo, Esq.
BBO #566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144

Dated:  July 18, 2006                    Tel:(413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the attorney of record for each other party electronically, on July 18, 2006.

/s/ Marylou Fabbo_____
Marylou Fabbo, Esq.