

# SKOLER, ABBOTT & PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

FILED
CLERKS OFFICE

2006 AUG -4  P 2:58

DISTRICT COURT
DISTRICT OF MASS

**Marylou Fabbo**
Mfabbo@skoler-abbott.com

*also admitted in Connecticut*

August 3, 2006

Clerk's Office – Civil
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

        Re: Rebecca Coelho v.
          Wal-Mart Stores, Inc.
          <u>Civil Action No. 05-10703-RWZ</u>

Dear Sir or Madam:

  In follow up to this office's communication with Lisa Urso, I am writing to respectfully request that the pretrial conference currently scheduled for August 9, 2006 be rescheduled due to a conflict in my schedule. I have spoken to Attorney Tocci who has no objection to this request. We are both available to reschedule the pretrial conference on September 20th or 27th.

  Please feel free to call with any questions. Thank you for your cooperation in this matter.

              Sincerely,

              Marylou Fabbo

MLF:ls

cc: John F. Tocci, Esq.
   Wal-Mart Stores, Inc.

SUITE 2000 • ONE MONARCH PLACE • SPRINGFIELD, MA 01144 • 413-737-4753 • FAX 413-787-1941 • www.skoler-abbott.com
255 PARK AVENUE • WORCESTER, MA 01605 • 508-757-5335
AFFILIATE OF WORKLAW NETWORK: THE NATIONWIDE NETWORK OF MANAGEMENT LABOR AND EMPLOYMENT LAW FIRMS.