UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10703-RWZ

REBECCA COELHO

v.

WAL-MART STORES, INC., et al.

PRETRIAL ORDER
September 22, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and John F. Tocci, Esq., having appeared as counsel for plaintiff, and Marylou Fabbo, Esq., having appeared as counsel for defendant, the following action was taken:

1.   TRIAL

Trial is scheduled to commence on January 22, 1007 at 9:00 a.m. and is estimated to last five days.

2.   JURY

The court will impanel eight jurors. Counsel shall file any proposed questions to the jury on voir dire by January 16, 2007. Each side will have four peremptory challenges.

3.  **CLAIMS AGAINST INDIVIDUAL DEFENDANTS**

    Plaintiff will dismiss all claims against the individual defendants.

4.  **ISSUES**

    The parties agree that the only issues to be tried are:

    (a)  Whether defendant violated Plaintiff's rights under Title VII and/or Mass. Gen. Laws ch. 151B
        i)   by permitting co-workers to sexually harass her, and
        ii)  by constructively discharging her;

    (b)  Whether defendant retaliated against Plaintiff's complaints by constructively discharging her; and

    (c)  The amount of damages. Plaintiff claims for back pay, emotional distress and exacerbation of physical symptoms. Plaintiff also claims punitive damages.

5.  **WITNESSES**

    The only witnesses who will testify at trial are:

1.  Rebecca Coelho
2.  Chad Gaucher
3.  Rudi Eckerman
4.  Warren "Bodie" Moore
5.  Richard L. Souza
6.  Ginette "Gigi" Haley
7.  Corey Silva
8.  Ty White
9.  Bruce Varney
10. Crystal Gilbert
11. Jason Lunne
12. Andrea Duprey
13. Kathleen Hennessey
14. Dave Eckert

6.  **EXHIBITS**

    Prior to the commencement of trial, counsel shall confer with each other

concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits and prepare a listing thereof, in duplicate. Objected to exhibits shall be marked for identification and listed separately.

7. REQUESTS

On the first day of trial, counsel shall file:

(a) Requests for instructions; and

(b) Proposed questions to the jury on special verdict.


 September 22, 2006                  /s/Rya W. Zobel
       DATE                         RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE