UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| REBECCA COELHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-10703-RWZ |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Wal-Mart Stores, Inc., in the above-captioned matter.

Respectfully submitted,

 /s/ Jennifer Catlin Tucker
Jennifer Catlin Tucker (BBO No. 547944)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
(617) 378-6000

Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that I have served my Notice of Appearance on counsel of record for each party electronically on December 1, 2006.

 /s/ Jennifer Catlin Tucker
Jennifer Catlin Tucker

Firmwide:81738305.1 015602.4900