UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REBECCA COELHO,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., RUDI ECKERMAN, CHAD GAUCHER, WARREN "BODIE" MOORE, and KEVIN CORREIA<br><br>    Defendants. | CIVIL ACTION NO. 05-10703-RWZ<br><br>**NOTICE OF DISAPPEARANCE** |

  NOW COMES Skoler, Abbott & Presser, P.C., by Marylou Fabbo, Esq. and Amy B. Royal, Esq., and herewith notices its disappearance as counsel for Defendants, Wal-Mart Stores, Inc., Rudi Eckerman, Chad Gaucher, and Warren Bodie Moore in the above-captioned action. Defendants will be represented in this matter by the firm of Littler Mendelson, P.C.

                   Respectfully Submitted,

                   /s/ Marylou Fabbo
                   Marylou Fabbo, Esq.
                   BBO No. 566613
                   Amy B. Royal, Esq.
                   BBO No. 647175
                   Counsel for Defendants
                   Skoler, Abbott & Presser, P.C.
                   One Monarch Place, Suite 2000
                   Springfield, Massachusetts  01144
Dated:  December 4, 2006         Tel.:  (413) 737-4753/Fax:  (413) 787-1941

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the above document was served upon the attorney of record for each other party, by electronic mail on December 4, 2006.

      /s/ Marylou Fabbo
      Marylou Fabbo, Esq.