FEE PAID:
RECEIPT # 76824
AMOUNT $ 20
BY DPTY CLK per
DATE 12.7.06

UNITED STATES DISTRICT COURT OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

FILED

2006 DEC -7 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| REBECCA COELHO, )<br><br>Plaintiff, )<br><br>v. )<br><br>WAL-MART STORES, INC., )<br><br>Defendant. ) | CIVIL ACTION NO. 05-10703-RWZ |

## **MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES local counsel for Wal-Mart Stores, Inc., and respectfully moves for the admission *pro hac vice* of Scott A. Forman, Esq. In support of its motion, local counsel states as follows:

1.      Jennifer Catlin Tucker and Littler Mendelson, P.C., are local counsel for Wal-Mart Stores, Inc. the above-captioned matter.

2.      Attorney Scott A. Forman is counsel to Wal-Mart Stores, Inc. Attorney Forman seeks admission to practice before this Honorable Court.

3.      Attorney Forman is a member in good standing of the United States District Court for the Southern, Middle and Northern Districts of Florida and the United States District Court for the Northern, Southern, Western and Eastern Districts of Texas. He is also admitted to practice before the United States Circuit Court of Appeals for the Eleventh Circuit and the United States Circuit Court of Appeals for the Fifth Circuit. Attorney Forman seeks to participate actively in the preparation and trial of the above-captioned matter.

4.    Attorney Forman, Attorney Tucker, and Littler Mendelson, P.C., will remain associated during the pendency of this action with the intent that all processes, notices and other papers shall be served upon local counsel. Local counsel will execute all filings submitted to the Court and will attend proceedings unless excused by the Court.

5.    Attached in support of this motion as Exhibit 1 is the original Affidavit of Attorney Scott A. Forman as required by Local Rule 83.5.3(b).

6.    Due to the nature of this motion, no memorandum of law is required.

WHEREFORE local counsel for Defendant Wal-Mart Stores, Inc.. respectfully requests that this Court:

A.    Grant the motion to admit Attorney Scott A. Forman *pro hac vice* for the purpose of representing the Defendant in this matter; and

B.    Grant such further relief as justice requires.

Respectfully submitted,

Jennifer Catlin Tucker (BBO No. 547944)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
(617) 378-6000

Scott A. Forman
Littler Mendelson, P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1500
Miami, FL  33131-1804

Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that I have served the foregoing Motion for Admission *Pro Hac Vice* by first-class mail, postage prepaid, this 7th day of December, 2006.

Jennifer Catlin Tucker

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REBECCA COELHO,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     CIVIL ACTION NO. 05-10703-RWZ
                                   )
WAL-MART STORES, INC.,             )
                                   )
            Defendant.             )
_____)

## **AFFIDAVIT OF SCOTT A. FORMAN**

I, Scott A. Forman, being first duly sworn upon oath, depose and say:

1.      I am a shareholder of the law firm of Littler Mendelson, P.C., One Biscayne

Tower, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131-1804, telephone:

305-400-7500.

2.      Littler Mendelson, P.C. has been retained by Wal-Mart Stores, Inc. to provide

legal representation in connection with the above matter now pending before the United States

District Court for the District of Massachusetts.

3.      Since 1995, I have been, and presently am, a member in good standing of the Bar

of the highest court of the State of Florida, where I regularly practice law.

4.      I have been admitted to practice before the United States District Court for the

Southern, Middle and Northern Districts of Florida and the United States District Court for the

Northern, Southern, Western and Eastern Districts of Texas. I am also admitted to practice

before the United States Court of Appeals for the Eleventh Circuit and the United States Circuit

Court of Appeals for the Fifth Circuit. I have been in good standing continuously since my

admission to practice before these courts, and I am eligible to practice in them.

5.    I am not currently suspended or disbarred in any jurisdiction, and have no pending

disciplinary matters.

6.    I have never been subject to any disbarment or suspension proceedings.

7.    I make this affidavit in order to be admitted to practice before this Court in the

above-captioned case.

8.    I possess a copy of the Local Rules of the United States District Court for the

District of Massachusetts, and pursuant to Local Rule 83.2(b)(3), I will remain at all times

associated in this action with local counsel, Jennifer Catlin Tucker of the Boston office of our

law firm, Littler Mendelson, P.C., One International Place, Suite 2700, Boston, Massachusetts

02110. Ms. Tucker is a member in good standing of the Bar of this Court, and may be served

with all process, notices and other papers, and will sign all filings and attend all proceedings

unless excused by the Court.

9.    I will abide by the ethical standards governing the practice of law in this Court.

Dated: December 6th, 2006.

_____
Scott A. Forman

On this 6th day of December, 2006, before me, the undersigned notary public, personally
appeared Scott A. Forman, who provided me through satisfactory evidence of identification, to
be the person whose name is signed on this document in my presence.

_____

My commission expires  2-5-10



DOUGLAS GRABOWSKI
MY COMMISSION # DD 497329
EXPIRES: February 5, 2010
Bonded Thru Notary Public Underwriters

Firmwide:81749381.1 015602.4900
DRAFT 12/5/06 11:51 AM

2