UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REBECCA COELHO
        Plaintiff

V.

                              CIVIL ACTION:05CV10703-RWZ

WAL-MART STORES INC.
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                    JANUARY 11, 2007

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                                        By the Court,

                                                                        s/ Lisa A. Urso
                                                                        Deputy Clerk