## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REBECCA COELHO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-10703-RWZ |

### STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the remaining parties to the above-captioned action, Rebecca Coelho and Wal-Mart Stores, Inc. hereby stipulate that all claims asserted, or which could have been asserted, in this action against Wal-Mart Stores, Inc. by Ms. Coelho be dismissed with prejudice and without costs. Ms. Coelho previously dismissed the individual defendants, Chad Gaucher, Rudi Eckerman, Warren "Bodie" Moore and Kevin Correia from this action and, therefore, this Stipulation of Dismissal dismisses all of Ms. Coelho's remaining claims in this litigation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| WAL-MART STORES, INC. | REBECCA COELHO, |
| By their Attorneys: | By her Attorneys: |
| /s/ Jennifer Catlin Tucker<br>Jennifer Catlin Tucker, Esq., BBO#<br>Littler Mendelson, PC<br>International Place, Suite 2700<br>Boston, MA  02110<br>(617) 378-6009 | /s/ John F. Tocci<br>John F. Tocci, Esq., BBO# 562139<br>Tocci, Goss & Lee, PC<br>35 India Street, 5th Floor<br>Boston, MA  02110<br>(617) 542-6200 |

Dated:  March 2, 2007